IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-523-GCM

| | |
|---|---|
| D'ORI ME'IRA EL-BAY,<br>       Plaintiff,<br><br>vs.<br><br>WALMART SUPERCENTER<br>STORE 5063, et al,<br>       Defendant. | ORDER |

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Proceed *in forma pauperis* filed October 20, 2011 [doc. 2].

Federal law requires that a Plaintiff in a civil action pay a filing fee in the amount of $350.00, plus service fees and other costs. After reviewing the Plaintiff's Application, the Court concludes that the Plaintiff is unable to pay the filing fee.

Moreover, the court has reviewed the *pro se* Plaintiff's Complaint. It is clear to the court that this matter has no basis for federal jurisdiction. Therefore the Court will dismiss the Complaint.

IT IS THEREFORE ORDERED THAT:

1) Plaintiff's application to proceed in forma pauperis is hereby GRANTED solely for the purpose of conducting a review on the merits of the civil action;

2) The Clerk shall file this matter as a civil matter without the service of process; and

3) The Complaint is DISMISSED pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Signed: December 1, 2011

Graham C. Mullen
United States District Judge