# United States District Court
# For The Western District of North Carolina
# Charlotte Division

D'ori Me'ira El-Bey ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-523

Wal-Mart Supercenter, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2011 Order.

                                                Signed: December 2, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court